# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

**MARY PHILLIPS,**
    Plaintiff,

v.

**TALLADEGA COLLEGE,**
    Defendant.

**Case No.: 1:21-cv-1158-CLM**

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have jointly stipulated to dismissal of this action with prejudice. (Doc. 25).

The parties **SHALL** bear their own costs and fees.

This case is **CLOSED**.

DATED:  April 6, 2023

GREER M. LYNCH, CLERK

By: *Karen Humphrey*

Deputy Clerk